UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOLOMONA RICKY PATU,

                Plaintiff,

    v.

CULLUM, et al.,

                Defendants.

C22-738-TSZ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, docket no. 8, the objections to the Report and Recommendation, docket no. 9, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The Clerk is DIRECTED to close this case and to dismiss it without prejudice if Plaintiff fails to pay the filing fee within twenty-one (21) days of the date of this Order.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 23rd day of August, 2022.

_____
Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1