UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMONA RICKY PATU,<br><br>   Plaintiff,<br><br>   v.<br><br>CULLUM, et al.,<br><br>   Defendants. | C22-0738 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Solomona Ricky Patu has filed a Request for Status Update, docket no. 12. The Clerk is directed to send a copy of the R&R and Order adopting R&R to Plaintiff. No further filings in this case will be allowed as the case was closed on September 23, 2022.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of September, 2024.

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1